# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00858-CV

**CalAtlantic Homes of Texas, Inc.; CalAtlantic Group, Inc.;
Ryland Homes of Texas, Inc.; RH of Texas Limited Partnership;
and The Ryland Group, Inc., Appellants**

v.

**AG Masonry, LLC; Barker Roofing & Sheet Metal, Inc.;
Builders Firstsource—South Texas, L.P.; DJ Plastering, LLC;
Kenyon Plastering, Inc.; Lossen Bros., Inc.; Monreal Framing Corporation;
and Wortham Bros., Inc., Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-17-005366, THE HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants CalAtlantic Homes of Texas, Inc.; CalAtlantic Group, Inc.; Ryland Homes of Texas, Inc.; RH of Texas Limited Partnership; and The Ryland Group, Inc. have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellants' Motion

Filed: February 13, 2019